THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. VIOLA GAGE, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ARTHUR UNGER, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GUY DUREY et al., as Executors of CYRUS DUREY, Deceased, Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. KATHERINE G. FOLMSBEE et al., Respondents.— Actions in ejectment brought by the State. The defendants occupy small cottage sites adjacent to East Canada Lake and Green Lake in Fulton County. The source of the State's title is a deed from the Durey Land & Lumber Company dated December 10, 1918. It contains an exception of " land under the waters of East Canada and Green Lakes ". The source of the defendants' titles are deeds from Viola Durey Gage, a sister of an official of the grantor to the State. It is the claim of the defendants that the cottage sites which are the subject of this litigation were under water and excepted from the conveyance to the State; that the tract was first the subject of an oral agreement between Viola Durey Gage and her brother which was later, in 1932, supplemented by a deed; that the lands were filled and are now

available for use only because of the filling. There was an issue of fact which the jury decided in favor of the defendants. Judgment affirmed, with costs. All concur. [See *post*, p. 1073.]